| | |
|---|---|
| 1 | LYNN HUBBARD III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>DISABLED ADVOCACY GROUP, APLC |
| 3 | 12 Williamsburg Lane<br>Chico, CA 95926 |
| 4 | Telephone:  (530) 895-3252<br>Facsimile:  (530) 894-8244 |
| 5 | Attorneys for Plaintiff |
| 6 | WAYNE C. ARNOLD, SBN 103194 |
| 7 | PAYTON E. GAROFALO, SBN 274135<br>LURIE, ZEPEDA, SCHMALZ & HOGAN |
| 8 | 9107 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90210 |
| 9 | Telephone: (310) 274-8700<br>Facsimile: (310) 274-2798 |
| 10 | Attorneys for Defendants Thrifty Payless, Inc. |
| 11 | dba Rite Aid #05432 and Rite Aid Corporation<br>dba Rite Aid #05432 |
| 12 | GUY C. NICHOLSON, SBN 106133 |
| 13 | MICHAEL D. STEIN, SBN 132540<br>TISDALE & NICHOLSON, LLP |
| 14 | 2029 Century Park East, Suite 900<br>Los Angeles, CA 90067 |
| 15 | Telephone: (310) 286-1260<br>Facsimile: (310) 286-2351 |
| 16 | Attorneys for Defendant |
| 17 | HMH Property Investments, L.P. |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:12-cv-05886-JFW-MRW |
| Plaintiff, | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| v. | |
| THRIFTY PAYLESS, INC., et al., | |
| Defendants. | |

Joint Stipulation for Dismissal

*Kohler v. Thrifty Payless, Inc. et al.*
Case No. 2:12-cv-05886-JFW-MRW

- 1 -

1
2   Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa, and defendants, Thrifty Payless, Inc. dba Rite Aid #05432, Rite Aid
3   Corporation dba Rite Aid #05432, and HMH Property Investments, L.P.,
4
5   IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice in its entirety.
6
7   Dated: October 22, 2012         United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28