JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>  Plaintiff,<br><br>v.<br><br>THRIFTY PAYLESS, INC., et al.,<br><br>  Defendants. | Case No. 2:12-cv-05886-JFW-MRW<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa, and defendants, Thrifty Payless, Inc. dba Rite Aid #05432, Rite Aid Corporation dba Rite Aid #05432, and HMH Property Investments, L.P.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed *with prejudice* in its entirety.

Dated: October 31, 2012

_____
Honorable John F. Walter
United States District Court Judge